AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Megan E. JENKINS<br>*Defendant* | ) <br> ) <br> ) Case No. 2:17.mj.262 <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __05/03/2017__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant violated __18__ U. S. C. § __912 / 2__, an offense described as follows:

Megan E. JENKINS did attempt to impersonate an employee of the United States, in violation of Title 18 U.S.C. Section 912; and Title 18 U.S.C. Section 2.

This criminal complaint is based on these facts:
(See attached)

☒ Continued on the attached sheet.

_____ #4800
Complainant's signature

Jason Burns, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/05/2017__

_____
Judge's signature

City and state: __Columbus, Ohio__    Terence P. Kemp, U.S. Magistrate Judge
*Printed name and title*

## PROBABLE CAUSE AFFIDAVIT

I, **Jason Burns**, being duly sworn, depose and state that:

I have been a Special Agent (S/A) of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives since September 2005. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator School and a graduate of the ATF National Academy; and as a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining altering documents and impersonating an employee of the government violations.

1. On or about May 1, 2017, ATF Task Force Officer (TFO) Brian Boesch and Columbus Division of Police (CPD) Homicide Detective served Megan JENKINS with a target letter from the Asst. United States Attorney David Devillers to inform her she was under investigation for Federal offenses and that she should contact the U.S. Magistrate and arrange to get an attorney.

2. On or about May 3, 2017, TFO Brian Boesch met with attorney Janie Roberts in front of her office, located at 155 W. Main St., Columbus, OH 43215. Ms. Roberts stated she was meeting with Megan JENKINS and her attorney. Ms. Roberts was acting in the capacity of a Guardian Ad Litem (GAL) for JENKINS' children. Ms. Roberts did not state where this meeting took place.

3. During the meeting, Ms. Roberts stated that JENKINS produced a letter and stated two detectives were at her residence on Tuesday to provide the letter to her. Ms. Roberts took the letter and examined it. She stated the letter was on letterhead for the United States Attorney and was signed by AUSA Dave Devillers. Ms. Roberts said she was immediately suspicious and contacted AUSA Devillers. She said Mr. Devillers told her the letter had been altered from the original letter that TFO Boesch delivered to JENKINS the afternoon before.

4. Ms. Roberts then turned over the original letter that JENKINS provided her. The original letter informed JENKINS that she was the target of a Federal investigation and that she and her attorney should contact AUSA Devillers. If JENKINS could not afford an attorney, the letter instructed her to contact the appropriate Magistrate Judge so that an attorney could be appointed for her.

5. However, the letter that Ms. Roberts presented TFO Boesch, was altered and rewritten to say that JENKINS was not a target of an investigation. It further stated that JENKINS was cooperating with law enforcement and that cooperation led to two federal indictments. The signature at the bottom also did not resemble the signature of AUSA Devillers. TFO Boesch entered the original letter as evidence and secured it in the ATF evidence vault.

6. Ms. Roberts stated that this was an attempt by JENKINS to explain away past events and testing positive for drugs in an effort to get her children back.

7. Based on your affiant's knowledge, training and experience as an ATF Special Agent in dealing with target letters and altering documents, your affiant believes there is probable cause to believe that Megan Jenkins did impersonate an employee of the United States by pretending to be Assistant United States Attorney David DeVillers when writing said letter in violation of Title 18 U.S.C. Section 912; and Title 18 U.S.C. Section 2.

_____ #4800
Jason Burns
Special Agent, ATF


Sworn to and subscribed before me this ____ day of May, 2017 in Columbus, Ohio.

_____
**TERENCE P. KEMP**
**U.S. MAGISTRATE JUDGE**

2